UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Jonathan S Kobus<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  19-21627<br><br>Chapter:  13<br>Honorable Jacqueline P Cox |

### ORDER MODIFYING THE PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. The Debtor's plan is modified post-confirmation by increasing the plan payment to $710 a month, beginning December 2020, until the end of the plan.

2. The Debtor's current plan payment default is deferred to the end of the plan.

3. The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

4. That all other plan terms shall remain unchanged.

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  November 30, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600